DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT FALLETTA,**
Appellant,

v.

**NORMAN HICKMORE, MERCEDES MEJIA** and **ANTHONY VINCENT,**
Appellees.

No. 4D17-517

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William H. Haury, Judge; L.T. Case No. 09-012508 (09).

Douglas R. Bell of Law Office of Bell & Bell, Fort Lauderdale, for appellant.

Michael R. Seward of Law Office of Michael R. Seward, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***